1
2
3
4
5

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13
14
15

| | |
|---|---|
| SANTOS DOMINGUEZ, III, et al.,<br><br>                               Plaintiffs,<br><br>v.<br><br>HOBBY LOBBY STORES, INC. AND DOES 1-20,<br><br>                               Defendants. | Case No.:  18-CV-2872 W (KSC)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION [DOC. 22]; AND**<br><br>**(2) APPROVING MINOR'S COMPROMISE [DOC. 16]** |

16        On November 13, 2018, Plaintiff Santos Dominguez, III, by and through his parent

17  and Guardian Ad Litem, Veronica Dominguez, filed a complaint in the Superior Court of

18  California, County of San Diego, North County Division.  [Doc. 1-2.]  Hobby Lobby

19  removed the matter to this Court on December 21, 2018.  [Doc. 1.]  Hobby Lobby

20  answered the complaint on March 15, 2019.  [Doc. 6.]

21        On June 13, 2019, United States Magistrate Judge Barbara L. Major was randomly

22  assigned to handle the Minor's Compromise.  [Doc. 10.]  Judge Major issued a Report

23  and Recommendation ("R&R") recommending that the Court approve the minor's

24  compromise.  (*R&R* [Doc. 22].)  Judge Major further ordered that any objections to the

25  R&R be filed by October 7, 2019.  (*See id.* [Doc. 22] 3.)  No objections were filed.  There

26  has been no request for additional time to object.

27        A district court's duties concerning a magistrate judge's report and

28  recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the

1

Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (reasoning that 28 U.S.C. § 636(b)(1)(C) "makes it clear that the district judge must review the magistrate judge's finding and recommendations de novo *if objection is made*, but not otherwise"); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the District Court had no obligation to review the magistrate judge's report). This rule of law is well-established within both the Ninth Circuit and this district. See Wang v. Masaitis, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R & R is only required when an objection is made to the R & R[.]") (citing Reyna-Tapia, 328 F.3d at 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopting the R&R without review because neither party filed objections despite having the opportunity to do so); see also Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

In light of the foregoing, the Court accepts Judge Major's recommendation and **ADOPTS** the R&R [Doc. 22] in its entirety.

Plaintiff's Petition to Approve the Minor's Compromise is **GRANTED**. [Doc. 16.]

**IT IS SO ORDERED.**

Dated: October 8, 2019

Hon. Thomas J. Whelan
United States District Judge